## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION
CENTER,

     *Plaintiff,*

v.

U.S. CUSTOMS AND BORDER
PROTECTION,

     *Defendant.*

Civil Action No. 17-1438 (APM)

## STIPULATION OF DISMISSAL

Plaintiff Electronic Privacy Information Center ("EPIC"), pursuant to Rule 41(a)(1),

hereby voluntarily dismisses the claims in this action related to EPIC's Freedom of Information

Act request, dated June 13, 2017.

Defendant has neither filed an Answer to Plaintiff's Complaint nor a Motion for

Summary Judgment. Accordingly, the claims related to EPIC's Request may be dismissed

without prejudice and without an Order of the Court.

October 20, 2017

Respectfully submitted,

MARC ROTENBERG, D.C. Bar # 422825
EPIC President

ALAN BUTLER, D.C. Bar # 1012128
EPIC Senior Counsel

By: _/s/ Jeramie D. Scott_____
Jeramie D. Scott
D.C. Bar No. 1025909
ELECTRONIC PRIVACY
INFORMATION CENTER
1718 Connecticut Avenue, N.W., #200
Washington, D.C. 20009
(202) 483-1140 (telephone)
(202) 483-1248 (facsimile)