# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant*. | Civil Action No. 17-1438 (TNM) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Plaintiff Electronic Privacy Information Center ("EPIC) and Defendant U.S. Customs and Border Protection ("CBP") hereby submit this Joint Status Report pursuant to this Court's February 14, 2018, Minute Order.

CBP previously provided to EPIC a draft *Vaughn* Index on February 7, 2018. On February 9, 2018, CBP provided EPIC a revised *Vaughn* Index with a more detailed description for the basis of two Freedom of Information Act Exemption b(5) withholdings. After reviewing the draft, EPIC believed the Parties could narrow the issues in dispute. On February 14, 2018, the parties filed a Joint Status Report with the Court and requested an additional 30 days to narrow the issues in dispute. On February 26, 2018, EPIC sent to CBP objections to certain withholdings.

The Parties are still discussing EPIC's questions and objections and therefore respectfully ask the Court for an additional 30 days. The Parties propose to submit a Joint Status Report on or before April 16, 2018, setting forth a proposed schedule for subsequent proceedings, including a proposed briefing schedule if necessary.

| | |
|---|---|
| March 16, 2018 | Respectfully submitted, |
| MARC ROTENBERG, D.C. Bar # 422825<br>EPIC President | JESSIE K. LIU<br>D.C. Bar 472845<br>United States Attorney |
| ALAN BUTLER, D.C. Bar # 1012128<br>EPIC Senior Counsel | DANIEL F. VAN HORN<br>D.C. Bar 924092<br>Chief, Civil Division |
| By: /s/ Jeramie D. Scott<br>Jeramie D. Scott<br>D.C. Bar No. 1025909<br>ELECTRONIC PRIVACY<br>INFORMATION CENTER<br>1718 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20009<br>(202) 483-1140 (telephone)<br>(202) 483-1248 (facsimile)<br><br>*Plaintiff's Counsel* | By: /s/ Daniel P. Schaefer<br>DANIEL P. SCHAEFER<br>D.C. Bar 996871<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>Tel: (202) 252-2531<br>E-mail: Daniel.Schaefer@usdoj.gov<br><br>*Defendant's Counsel* |